NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-504

STATE OF LOUISIANA

VERSUS

MICHAEL D. SUMRALL

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT,
PARISH OF VERNON, NOS. 60,288; 62,737; 63,485; & 64,608,
HONORABLE JOHN C. FORD, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

MICHAEL G. SULLIVAN
JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Michael G. Sullivan, Glenn B. Gremillion, and J. David Painter, Judges.

AFFIRMED IN PART; VACATED IN PART; AND REMANDED.

William E. Tilley
  District Attorney
Terry W. Lambright
  Assistant District Attorney
Post Office Box 1188
Leesville, Louisiana 71496-1188
(337) 239-2008
Counsel for Plaintiff/Appellee:
    State of Louisiana

Paula C. Marx
Louisiana Appellate Project
Post Office Box 80006
Lafayette, Louisiana 70598-0006
(337) 991-9757
Counsel for Defendant/Appellant:
    Michael D. Sumrall